No. 90–1043. W. F. DEVELOPMENT CORP. ET AL. *v.* OFFICE OF THE UNITED STATES TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 90–1083. VILLAGE OF WILMETTE ET AL. *v.* NATIONAL PEOPLES ACTION. C. A. 7th Cir. Certiorari denied.

No. 90–1088. RETTIG *v.* KENT CITY SCHOOL DISTRICT ET AL.; and

No. 90–6388. RETTIG *v.* KENT CITY SCHOOL DISTRICT ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 912 F. 2d 466.

No. 90–1097. DOLENZ *v.* STUART YACHT BUILDERS, INC. C. A. 11th Cir. Certiorari denied.

No. 90–1112. TOTAL CONDO CONCEPTS, INC., ET AL. *v.* COUNTY OF SAN DIEGO ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–1119. LEBLANC *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–1120. GARMON *v.* ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 90–1131. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* CHESAPEAKE WESTERN RAILWAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1148. RODGERS, SHERIFF, GILCHRIST COUNTY, FLORIDA *v.* HUFFORD ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1149. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) *v.* MACK TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 90–1154. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1158. SERV-A-PORTION, INC., ET AL. *v.* J. F. FEESER INC. ET AL. C. A. 3d Cir. Certiorari denied.